# IN THE SUPREME COURT OF THE STATE OF NEVADA

MIN SOON CHANG, A/K/A MI SOON CHANG,

Appellant,

vs.

THE STATE OF NEVADA,

Respondent.

No. 80020

FILED

DEC 09 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Cause appearing, appellant's motion for a voluntary dismissal of this appeal is granted. This appeal is dismissed. NRAP 42(b).

It is so ORDERED.

_____Pickering_____, J.
Pickering

_____, J.
Parraguirre

_____, J.
Cadish

cc: Hon. Ronald J. Israel, District Judge
Min Soon Chang
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

19-49787